June 16, 1977.

M. P. No. 77-185. PETITION OF RHODE ISLAND DEFENSE ATTORNEYS ASSOCIATION. The motion of the Rhode Island Defense Attorneys Association that membership in that association be an alternative to membership in the Rhode Island Bar Association is denied. *Aram K. Berberian, Andrew A. Bucci*, for petitioner.

M. P. No. 77-191. PROVIDENCE GAS COMPANY *v*. EDWARD F. BURKE *et al*. The petitioner's motion that the decision and order of the Commission in Public Utilities Commission docket number 1225 be stayed, pending hearing and decision on the merits, is granted, on the condition that any credit or refund which is made will bear interest at eight (8%) per cent per annum from the date of this order.

The petitioner's motion for special assignment is granted and this case is assigned to the calendar for October, 1977 for oral argument. *Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti, Robert J. Ferranty*, for petitioner. *Julius C. Michaelson*, Attorney General, *R. Daniel Prentiss*, Special Asst. Attorney General, for respondents.

APPEAL No. 76-266. BELMEDA FERREIRA *et al*. *v*. AMERICAN MUTUAL INSURANCE COMPANY OF BOSTON. The defendant's motion for an extension of time to file its brief is granted. The brief will be filed on or before June 30, 1977.

This is the last extension that will be granted in this matter. *Thomas W. Pearlman*, for plaintiffs. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria*, for defendant.

APPEAL No. 76-413. LAMBA TEPIC INVESTMENT CORPORATION *v*. CATHERINE K. ROWELL. The plaintiff's motion to affirm the judgment below pursuant to Rule 16(g) is denied. *James J. McGair*, for plaintiff. *John M. Mola, Alden C. Harrington, Rhode Island Legal Services, Inc.*, for defendant.